IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **FRANK L. MCCALL, JR.** | **CIVIL ACTION NO. 06-2209-P** |
| **VERSUS** | **JUDGE HICKS** |
| **WARDEN TIM WILKINSON** | **MAGISTRATE JUDGE HORNSBY** |

**ORDER**

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has previously filed an application for writ of habeas corpus attacking the conviction and sentence challenged herein. The previous application was denied on the merits on June 27, 2000. See McCall v. Warden, 97-cv-1802[1].

Before Petitioner can proceed with the instant application, he must move in the United States Court of Appeals for the Fifth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. §2244(b)(3).

Accordingly;

**IT IS HEREBY ORDERED** that this action is stayed for a period of sixty (60) days. Petitioner's failure to obtain authorization within that time from the United States Court of

---

[1] The Court is aware that the petitioner filing this habeas petition uses the name Frank McCall, Jr., and that the person who filed 97-1802 used the name Frank McCall, Sr. However, both Frank McCall, Jr. and Frank McCall, Sr. have the same DOC number, 130746 and complain about the same conviction and are therefore the same person.

Appeals for the Fifth Circuit to proceed with this action will result in this petition being stricken from the record.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this the 19th day of March 2007.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE